# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN THE MATTER OF THE TAX : | |
| INDEBTEDNESS OF: | Case No. 3:12-mc-04 |
| : | |
| KEVIN L. HEINZ | Judge Thomas M. Rose |
| : | Magistrate Judge Michael J. Newman |

## ORDER

This matter is before the Court *sua sponte*.

In this case, the Government has made numerous attempts to effectuate service, but it appears that Defendant has been attempting to evade service. *See* doc. 4. Accordingly, the Court granted the Government's motion to serve Defendant via certified mail pursuant to Local Rule 4.2(a). On May 8, 2012, the return receipt was returned as undeliverable to the Clerk. Doc. 6. The certified mail sent to Defendant is thus refused or unclaimed. Accordingly, in order to effectuate service, the Government may request the Clerk for ordinary mail service as provided in Local Rule 4(c).

**IT IS SO ORDERED.**

May 15, 2012                                                                        s/ **Michael J. Newman**
                                                                                           United States Magistrate Judge