# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **In the Matter of the Tax Indebtedness of:** | ) | **Misc. No. 3:12-mc-04** |
| | ) | |
| **Kevin L. Heinz** | ) | **Judge Thomas M. Rose** |
| | ) | **Magistrate Judge Michael J. Newman** |

## ORDER DISMISSING COMPLAINT

This is a civil tax matter concerning taxpayer Kevin L. Heinz and his personal residence in Greene County, Ohio.  On October 10, 2012, the United States of America filed a Notice of Voluntary Dismissal (doc. 18).  On October 11, 2012, Magistrate Judge Newman held a telephone conference with counsel for both sides, in which the Government clarified that this dismissal is with prejudice.

Accordingly, the above captioned matter is **DISMISSED WITH PREJUDICE**, and terminated upon the docket of the Court.

Date: October 12, 2012                                        *Thomas M. Rose*

                                        _____
                                        THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE